**Opinion issued July 15, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-14-00445-CV**

_____

**WES YOUNG,**

**Appellant,**

**v.**

**BRAZORIA COUNTY, TEXAS, ET AL.,**

**Appellees**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 69284**

---

**MEMORANDUM OPINION**

Appellant and Appellees have jointly filed a motion to dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). The parties have entered into a settlement

agreement rendering the appeal moot. Further, although appellants failed to include a certificate of conference in their motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a). No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown